# REMOVAL TO FEDERAL COURT

## <u>STATE COURT RECORD</u>

STATE OF INDIANA

Johnson County Superior Court

41D04-2203-CT-000031

BLANCA ISELA MENDOZA

v.

WAL-MART STORES EAST, LP

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Blanca Isela Mendoza v. Wal-Mart Stores East, LP

| Case Number | 41D04-2203-CT-000031 |
|---|---|
| Court | Johnson Superior Court 4 |
| Type | CT - Civil Tort |
| Filed | 03/10/2022 |
| Status | 03/10/2022 , Pending  (active) |

## Parties to the Case

Defendant   Wal-Mart Stores East, LP

<u>Attorney</u>
Lesley Ann Pfleging
*#2685749, Lead, Retained*

LEWIS & WAGNER LLP
1411 ROOSEVELT AVE STE 102
INDIANAPOLIS, IN 46201
317-237-0500(W)

<u>Attorney</u>
Lynsey David
*#3259449, Retained*

501 Indiana Avenue
STE 200
Indianapolis, IN 46202
317-237-0500(W)

Plaintiff      Mendoza, Blanca Isela

<u>Attorney</u>
David Edward Jacuk
*#3502249, Retained*

Schiller Law Offices
210 East Main Street
Carmel, IN 46032
317-578-2100(W)

## Chronological Case Summary

| 03/10/2022 | **Case Opened as a New Filing** |
|---|---|

| 03/10/2022 | **Appearance Filed** |
|---|---|
| | Appearance by Attorney in Civil Case |

| | For Party: | Mendoza, Blanca Isela |
|---|---|---|
| | File Stamp: | 03/10/2022 |

| 03/10/2022 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint for Damages | |
| | Filed By: | Mendoza, Blanca Isela |
| | File Stamp: | 03/10/2022 |

| 03/10/2022 | **Motion Filed** | |
|---|---|---|
| | Jury Trial Request | |
| | Filed By: | Mendoza, Blanca Isela |
| | File Stamp: | 03/10/2022 |

| 03/10/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons | |
| | Filed By: | Mendoza, Blanca Isela |
| | File Stamp: | 03/10/2022 |

| 03/11/2022 | **Certificate of Service - separately filed** | |
|---|---|---|
| | Certificate of Mailing | |
| | Filed By: | Mendoza, Blanca Isela |
| | File Stamp: | 03/11/2022 |

| 03/18/2022 | **Certificate of Service - separately filed** | |
|---|---|---|
| | Proof of Service Wal-Mart Stores East, LP | |
| | Filed By: | Mendoza, Blanca Isela |
| | File Stamp: | 03/18/2022 |

| 03/31/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance of LAP and LFD | |
| | For Party: | Wal-Mart Stores East, LP |
| | File Stamp: | 03/30/2022 |

| 03/31/2022 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Defendant's Unopposed Motion for Enlargement of Time to File Responsive Pleading and to Respond to Discovery | |
| | Filed By: | Wal-Mart Stores East, LP |
| | File Stamp: | 03/30/2022 |

| 03/31/2022 | **Jury Trial Demand Filed** | |
|---|---|---|
| | Jury Demand | |
| | Filed By: | Wal-Mart Stores East, LP |
| | File Stamp: | 03/30/2022 |

| 03/31/2022 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Order ENTERED. Defendant, Wal-Mart Stores East, LP, is granted a period of time through and including May 9, 2022 in which to answer Plaintiff's Complaint and other pending requests in this cause. ks | |
| | Judicial Officer: | Clark, Marla K |
| | Order Signed: | 03/31/2022 |

| 03/31/2022 | **Order Granting Motion to Withdraw Appearance** | |
|---|---|---|
| | Judicial Officer: | Clark, Marla K |
| | Order Signed: | 03/31/2022 |

| 03/31/2022 | **Clerical Mistake Corrected** | |
|---|---|---|
| | 3/31/2022 CCS Entry - Order Granting Withdrawal of Appearance entered in error. cc | |

04/01/2022    **Automated ENotice Issued to Parties**
Jury Trial Demand Filed ---- 3/31/2022 : David Edward Jacuk;Lynsey David;Lesley Ann Pfleging Order Granting Motion for Enlargement of Time ---- 3/31/2022 : David Edward Jacuk;Lynsey David;Lesley Ann Pfleging

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Mendoza, Blanca Isela

Plaintiff

**Balance Due** (as of 05/09/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 03/10/2022 | Transaction Assessment | 157.00 |
| 03/10/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| STATE OF INDIANA | ) | IN THE JOHNSON SUPERIOR/CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF JOHNSON, | ) | CAUSE NO.: |

| | | |
|---|---|---|
| BLANCA ISELA MENDOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## **APPEARANCE BY ATTORNEY IN CIVIL CASE**

**Type of Case: Civil Tort [CT]**

**Party Classification:  Initiating  _X_        Responding ___        Intervening ____**

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members:

Blanca Isela Mendoza, the Plaintiff.

2.      Applicable attorney information for service as required by Trial Rule 5[B][2] and for case information as required by Trial Rules 3.1 and 77[B] is as follows:

| | |
|---|---|
| Attorney Name: | David E. Jacuk |
| Attorney Number: | 35022-49 |
| Firm Name: | SCHILLER LAW OFFICES, LLC |
| Address: | 210 E. Main Street |
| | Carmel, IN 46032 |
| Telephone: | (317) 578-2100 |
| Facsimile: | (317) 578-1146 |
| E-Mail: | davidj@schillerlawoffices.com |

3.      There are other party members:          Yes: _____     No:  __X___

4.      *If first initiating party filing this case,* the Clerk is requested to assign this Case Type under Administrative Rule 8[b][3]:   __CT__

5.      I will accept service by FAX at the above-noted number:  Yes: _____ No:  __X__

6.      This case involves support issues:  Yes: _____          No:  __X__

7.      There are related cases:  Yes: _____ No: \_\_X\_\_\_

8.      This form has been served on all other parties.

9.      Additional information required by Local Rule: _____

---

Respectfully submitted,

SCHILLER LAW OFFICES, LLC

*/s/ David E. Jacuk* _____ \_\_
David E. Jacuk
Attorney No.: 35022-49
**SCHILLER LAW OFFICES, LLC**
210 E. Main Street
Carmel, IN 46032
Telephone: (317) 578-2100
Facsimile: (317) 578-1146
E-Mail: davidj@schillerlawoffices.com
*Attorney for the Plaintiff*

| STATE OF INDIANA | ) | IN THE JOHNSON SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF JOHNSON, | ) | CAUSE NO.: |

| BLANCA ISELA MENDOZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) | **JURY TRIAL REQUESTED** |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

Plaintiff, Blanca Isela Mendoza, by counsel, David E. Jacuk, for her Complaint for Damages against the Defendant, Wal-Mart Stores East, LP, respectfully shows the Court as follows:

### Facts Common to All Counts

1.      At all times relevant hereto, Blanca Isela Mendoza was a resident of the City of Indianapolis, County of Marion, State of Indiana.

2.      At all times relevant herein, Wal-Mart Stores East, LP, was a Delaware Limited Partnership registered in the State of Indiana.

3.      At all times relevant herein, Wal-Mart Stores East, LP owned, maintained, and/or controlled a retail store under the name of Sam's Club (hereinafter referred to as "store"), a business located at 1101 Windhorst Way, in the City of Greenwood, County of Johnson, State of Indiana.

4.      On or about March 14, 2020, Blanca Isela Mendoza was walking on the premises of the aforementioned store.

5.      As Blanca Isela Mendoza was walking through the store, there was an area of the floor that was wet.

6.      There were no signs or other notices of the aforementioned wet area of the floor, which created a dangerous condition.

7.      As Blanca Isela Mendoza walked on the aforementioned area of the floor, she slipped and fell on the wet area of the floor.

8.      As a direct result of this incident, Blanca Isela Mendoza sustained significant injuries.

9.      Wal-Mart Stores East, LP owed Blanca Isela Mendoza a duty to exercise reasonable care in maintaining the store premises in a reasonably safe condition.

10.     At said time and place, Wal-Mart Stores East, LP, its employees, and/or agents knew or, by the exercise of reasonable care, should have known of the dangerous condition created by the wet floor.

11.     Wal-Mart Stores East, LP failed to exercise reasonable care by inadequately protecting the store against the dangers created by the dangerous condition.

12.     Wal-Mart Stores East, LP committed one or more of the following acts and/or omissions of negligence:

    a)  Wal-Mart Stores East, LP failed to warn Blanca Isela Mendoza of the potential danger posed by the dangerous condition on its premises;

    b)  Wal-Mart Stores East, LP failed to properly ensure the safety of its premises;

    c)  Wal-Mart Stores East, LP failed to check and/or modify the dangerous condition on its premises prior to allowing persons to enter its premises;

    d)  Wal-Mart Stores East, LP failed to timely inspect, remediate, or repair the dangerous condition;

    e)    Wal-Mart Stores East, LP failed to implement proper safety and/or maintenance procedures;

    f)    Wal-Mart Stores East, LP violated applicable ordinances, codes, and state laws applicable to the use and maintenance of store floors; and

    g)    Wal-Mart Stores East, LP failed to otherwise maintain its premises in a reasonably safe condition.

13.    As a direct and proximate result of Wal-Mart Stores East, LP 's negligence and breach of duties, Blanca Isela Mendoza sustained severe and recurring injuries, which have caused her pain, suffering, and emotional distress.

14.    As a direct and proximate result of Wal-Mart Stores East, LP's negligence, Blanca Isela Mendoza was required to seek medical treatment from various health care providers, has incurred medical expenses as a result thereof, and may incur medical expenses in the future.

WHEREFORE, Plaintiff, Blanca Isela Mendoza, by counsel, David E. Jacuk, prays for judgment against Defendant, Wal-Mart Stores East, LP, in an amount commensurate with her injuries and damages, for any and all pre-judgment interest calculated daily according to Statute, for the cost of this action, for a trial by jury, and for all other relief just and proper in the premises.

Respectfully submitted,

SCHILLER LAW OFFICES, LLC

*/s/ David E. Jacuk*
David E. Jacuk
Attorney No. 35022-49
**SCHILLER LAW OFFICES, LLC**
210 E. Main Street
Carmel, IN 46032
Telephone: (317) 578-2100
Facsimile: (317) 578-1146
E-Mail: davidj@schillerlawoffices.com
*Attorney for the Plaintiff*

3

STATE OF INDIANA      )    IN THE JOHNSON SUPERIOR/CIRCUIT COURT
                ) SS:
COUNTY OF JOHNSON,    )    CAUSE NO.:

BLANCA ISELA MENDOZA,    )
                )
      Plaintiff,    )
                )
v.              )    **JURY TRIAL REQUESTED**
                )
WAL-MART STORES EAST, LP,  )
                )
      Defendant.    )

## **PLAINTIFF'S REQUEST FOR TRIAL BY JURY**

Plaintiff, Blanca Isela Mendoza, by counsel, respectfully requests that the Court set this matter for trial by a jury of her peers.

Respectfully submitted,

SCHILLER LAW OFFICES, LLC

*/s/ David E. Jacuk*
David E. Jacuk
Attorney No.: 35022-49
**SCHILLER LAW OFFICES, LLC**
210 E. Main Street
Carmel, IN 46032
Telephone: (317) 578-2100
Facsimile: (317) 578-1146
E-Mail: davidj@schillerlawoffices.com
*Attorney for the Plaintiff*

STATE OF INDIANA   )   IN THE JOHNSON SUPERIOR/CIRCUIT COURT
         ) SS:
COUNTY OF JOHNSON,   )   CAUSE NO.:

BLANCA ISELA MENDOZA,    )
           )
    Plaintiff,      )
           )
v.            )    **JURY TRIAL REQUESTED**
           )
WAL-MART STORES EAST, LP,   )
           )
    Defendant.     )

## SUMMONS

**TO:**   **Wal-Mart Stores East, LP**
    **c/o CT Corporation System**
    **334 North Senate Avenue**
    **Indianapolis, IN 46204**

    You are hereby notified that you have been sued by the person named as the plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the Complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by plaintiff.

    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if the Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

    If you need the name of an attorney, you may contact the Indianapolis Bar Association Referral Service  (317) 269-2222.

3/10/2022

Dated:_____    _____ (Seal)
           Clerk, Johnson County Superior/Circuit Court

    **(The following manner of service of summons is hereby designated.)**

   __X__    Registered or certified mail.
   _____    Service at place of employment, to-wit:
   _____    Service on individual – (Personal or copy) at above address.
   _____    Service on agent.  (Specify)
   _____    Other service.  (Specify)

**David E. Jacuk**
**SCHILLER LAW OFFICES, LLC**    **Telephone:**    **317-578-2100**
**210 E. Main Street**       **Facsimile:**    **317-578-1146**
**Carmel, IN 46032**       **E-Mail:**     **davidj@schillerlawoffices.com**

SEAL
JOHNSON COUNTY COURTS
INDIANA

Re:   Blanca Isela Mendoza v. Wal-Mart Stores East, LP
      Cause No.: 41D04-2203-CT-000031

<div align="center">CERTIFICATE OF MAILING</div>

I hereby certify that on **10** day of March 2022, I mailed to Defendant Wal-Mart Stores East, LP the attached Summons, Complaint for Damages, Plaintiff's First and Second Sets of Interrogatories to Defendant, First and Second Requests for Production to Defendant, and First Request for Admissions to Defendant by Certified Mail, tracking number 7020-0090-0001-5515-2988 requesting a Return Receipt to be returned to Schiller Law Offices, LLC (Plaintiff's counsel). I further certify that included in this mailing was a compact disc containing electronic format, word-processing versions of Plaintiff's First and Second Interrogatories to Defendant, First and Second Requests for Production to Defendant, and First Request for Admissions to Defendant.

*Karla Diaz*
Karla Diaz, Litigation Case Manager
Schiller Law Offices, LLC

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark
Here

Sent To Wal-Mart Stores East, LP
Street and Apt. No., or PO Box No. C/O CT Corporation System
334 North Senate Avenue
City, State, ZIP+4® Indianapolis, IN 46204

7020 0090 0001 5515 2988

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



USPS TRACKING #

Filed: 3/18/2022 12:31 PM
Johnson County Clerk

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6531 0346 4458 29

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Schiller Law Offices
210 E. Main Street
Carmel, IN 46032
ATTN: Karla

Blanco Isela Mendoza
Cause No: 41D04-2203-CT-000031

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wal-Mart Stores East, LP
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

9590 9402 6531 0346 4458 29

2. Article Number *(Transfer from service label)*

7020 0090 0001 5515 2988

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
3/16/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ed Mail
...ed Mail Restricted Delivery
$500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Tracking Number:** 70200090000155152988

Remove ✕

Your item was picked up at a postal facility at 10:48 am on March 16, 2022 in INDIANAPOLIS, IN 46204.

**USPS Tracking Plus® Available**

## Delivered, Individual Picked Up at Postal Facility

March 16, 2022 at 10:48 am
INDIANAPOLIS, IN 46204

Feedback

Filed: 3/30/2022 7:39 AM
Clerk
Johnson County, Indiana

IN THE  JOHNSON COUNTY SUPERIOR COURT 4

STATE OF INDIANA

| | | |
|---|---|---|
| BLANCA ISELA MENDOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.:  41D04-2203-CT-000031 |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**  Initiating _____   Responding _X_   Intervening _____

1.   The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### WAL-MART STORES EAST, LP

2.   Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**Lesley A. Pfleging**                     **Attorney No. 26857-49A**
**Lynsey F. David**                         **Attorney No. 32594-49**
LEWIS WAGNER, LLP                    Phone:  (317) 237-0500
1411 Roosevelt Avenue, Suite 102     Fax:   (317) 630-2790
Indianapolis, IN  46201                    lpfleging@lewiswagner.com
                                                     ldavid@lewiswagner.com

**IMPORTANT**:  Each attorney specified on this appearance:
(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
(b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
(c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R.

2(A).
Attorneys can review and update their Roll of Attorneys contact information on the
Courts Portal at http://portal.courts.in.gov.

3.     There are other party members: Yes _____ No  _X_  (If yes, list on continuation page.)

4.     *If first initiating party filing this case,* the Clerk is requested to assign the case the
following Case Type under Administrative Rule 8(b)(3):  ___N/A___

5.     I will accept service by fax at the above noted number: Yes _____ No  _X_
Counsel would represent to the court that fax service is acceptable in emergency
situations.

6.     This case involves support issues.  Yes _____ No _X_  (If yes, supply social security
numbers for all family members on continuation page.)

7.     There are related cases. Yes _____ No _X_  *(If yes, list* on continuation page.)

8.     This form has been served on all other parties.  Certificate of Service is attached.
Yes _X_    No _____

9.     Additional information required by local rule:

<div align="center">

**LEWIS WAGNER, LLP**

</div>

By:     */s/ Lynsey F. David*_____
LESLEY A. PFLEGING, #26857-49A
LYNSEY F. DAVID, #32594-49
***Counsel for Defendant***

<div align="center">2</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

David E. Jacuk
SCHILLER LAW OFFICES, LLC
210 East Main Street
Carmel, IN  46032
davidj@schillerlawoffices.com
***Counsel for Plaintiff***

By: /s/ *Lynsey F. David*
LYNSEY F. DAVID

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:     317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com

IN THE  JOHNSON COUNTY SUPERIOR COURT 4

STATE OF INDIANA

| | |
|---|---|
| BLANCA ISELA MENDOZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.:  41D04-2203-CT-000031 |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF
## TIME TO FILE RESPONSIVE PLEADING AND TO RESPOND TO DISCOVERY

Defendant, Wal-Mart Stores East, LP, by counsel, moves the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, and to respond to the discovery requests, including Request for Admissions, that were filed with the Summons and Complaint, up to and including May 9, 2022, and in support thereof would show the Court as follows:

1.     That a responsive pleading and discovery responses are due on or about April 8, 2022, and said time has not expired.

2.     No prior enlargements of time have been requested.

3.     Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their client to review the facts and prepare an appropriate response to the Complaint and the discovery requests.

4.     Undersigned counsel communicated with counsel for Plaintiff, and he has no objection to the requested enlargement of time.

WHEREFORE, Defendant, Wal-Mart Stores East, LP, by counsel, prays for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, and the discovery requests, including Request for Admissions, that were filed with the Summons and Complaint, through and including May 9, 2022, and for all other just and proper relief in the premises.

**LEWIS WAGNER, LLP**

By:     */s/ Lynsey F. David*_____
        LESLEY A. PFLEGING, #26857-49A
        LYNSEY F. DAVID, #32594-49
        ***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

David E. Jacuk
SCHILLER LAW OFFICES, LLC
210 East Main Street
Carmel, IN  46032
davidj@schillerlawoffices.com
***Counsel for Plaintiff***

By: */s/ Lynsey F. David*_____
    LYNSEY F. DAVID

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:     317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com

IN THE  JOHNSON COUNTY SUPERIOR COURT 4

STATE OF INDIANA

BLANCA ISELA MENDOZA,                )
                                     )
            Plaintiff,               )
                                     )
    v.                               )   CAUSE NO.:  41D04-2203-CT-000031
                                     )
WAL-MART STORES EAST, LP,            )
                                     )
            Defendant.               )

## **JURY DEMAND**

Defendant, by counsel, pursuant to Trial Rule 38(B) of the Indiana Rules of Trial

Procedure, respectfully requests that this cause of action be tried by a jury.

**LEWIS WAGNER, LLP**


By:    */s/ Lynsey F. David*
       LESLEY A. PFLEGING, #26857-49A
       LYNSEY F. DAVID, #32594-49
       ***Counsel for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

David E. Jacuk
SCHILLER LAW OFFICES, LLC
210 East Main Street
Carmel, IN  46032
davidj@schillerlawoffices.com
***Counsel for Plaintiff***

By: */s/ Lynsey F. David* _____
    LYNSEY F. DAVID

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:     317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com

2

IN THE  JOHNSON COUNTY SUPERIOR COURT 4

STATE OF INDIANA

BLANCA ISELA MENDOZA,          )
                               )
                Plaintiff,     )
                               )
        v.                     )   CAUSE NO.:  41D04-2203-CT-000031
                               )
WAL-MART STORES EAST, LP,      )
                               )
                Defendant.     )

**<u>ORDER</u>**

Defendant, Wal-Mart Stores East, LP, by counsel, files herein its Unopposed Motion for Enlargement of Time in which to respond to Plaintiff's Complaint for Damages and the discovery requests, including Request for Admissions, that were filed with the Summons and Complaint.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, Wal-Mart Stores East, LP is granted a period of time through and including May 9, 2022 in which to answer or otherwise respond to Plaintiff's Complaint for Damages and the discovery requests, including Request for Admissions, that were filed with the Summons and Complaint.

Dated:___3/31/2022___

_____
Hon. Marla K. Clark, Judge
JOHNSON SUPERIOR COURT 4

Distribution:

Lesley A. Pfleging
Lynsey F. David
LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201

David E. Jacuk
SCHILLER LAW OFFICES, LLC
210 East Main Street
Carmel, IN  46032